**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Eleazar LOZA–HERNANDEZ, also
known as Nabor Loza–Hernandez,
Defendant–Appellant.**

No. 05–51562
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 8, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Eleazar Loza–Hernandez raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is

GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jesus Jose GALVAN–BUSTILLOS, also
known as Jesus Ordorico–Vasquez,
Defendant–Appellant.**

No. 06–50023
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 8, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jesus Jose Galvan–Bustillos raises

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Bradley PORTER, Plaintiff—Appellant

v.

LOWNDES COUNTY MISSISSIPPI; et al, Defendants.

Lowndes County Mississippi; Lowndes County Sheriff's Department; James Farris, In his individual capacity, Defendants—Appellees.

No. 05–61107.

United States Court of Appeals, Fifth Circuit.

Sept. 8, 2006.

Jim D. Waide, III, Waide & Associates, Tupelo, MS, for Plaintiff–Appellant.

David Daniel O'Donnell, Clayton, O'Donnell & Walsh, Oxford, MS, for Defendant–Appellee.

David Daniel O'Donnell, for Defendants–Appellees.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

UNITED STATES of America, Plaintiff–Appellee,

v.

Cristobal TIRADO–CRUZ, Defendant–Appellant.

No. 06–50190
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 8, 2006.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Jeffrey S. Mahl, Del Rio, TX, for Defendant–Appellant.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Cristobal Tirado–Cruz raises arguments that are foreclosed by *Almendarez–*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.